# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80016

FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This pro se petition for a writ of audita querela challenges petitioner's sex offender registration. Without deciding whether this court recognizes the writ of audita querela or the scope of that writ, we decline to exercise our original jurisdiction to consider this petition. Accordingly, we ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____ J.
Gibbons

_____, Sr. J.
Douglas

cc:     Chief Judge, The Eighth Judicial District Court
        Abdul Howard
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-03348